IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **CAROLINA CASUALTY INSURANCE,** § § § | |
| **Plaintiff,** § § | **CIVIL ACTION NO. 3:09cv2377-D** |
| v. § § | |
| **TUTLE & TUTLE TRUCKING, DALE EVAN COX, and LINDA DARROW,** § § § § | |
| **Defendants.** § | |

### ORDER GRANTING DEFENDANT TUTLE AND TUTLE'S 12(b)(6) MOTION TO DISMISS

Be it remembered, that on this day came on to be heard Defendant Tutle and Tutle Trucking's Motion to Dismiss under Fed. R. Civ. P. 12(b)(6). After due consideration, review of the briefing, arguments of counsel and applicable law this Court finds that said Motion shall be GRANTED as no justiciable controversy exists at this time between the Parties.

It is therefore ORDERED, ADJUDGED AND DECREED that the Motion referenced above is hereby GRANTED.

SIGNED this the ____ day of _____, 2010.